UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TINA BYERS,

                Plaintiff,

  v.

MICHAEL J. ASTRUE. Commissioner of Social Security,

                Defendant.

Case No. 3:12-cv-05679-KLS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 Court filing fee.

    DATED this 10th day of August, 2012.

                                  Karen L. Strombom
                                  United States Magistrate Judge

ORDER - 1