1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

7

8

9

10

11

TINA M. BYERS,

                        Plaintiff,

      v.

CAROLYN W. COLVIN, Commissioner
of Social Security,

                      Defendant.

Case No. C12-5679BHS-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

12

13

14

15

16

17

This matter comes before the Court on the Report and Recommendation ("R&R")

of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 14. The

Court having considered the R&R and the remaining record, and no objections having

been filed, does hereby find and order as follows:

18

(1)     The R&R is **ADOPTED**;

19

(2)     Defendant's decision is **REVERSED**; and

20

21

(3)     This action is **REMANDED** for further administrative proceedings in
           accordance with the findings contained in the R&R.

22

23

DATED this 29th day of July, 2013.

24

25

26

                                      _____

                                      BENJAMIN H. SETTLE
                                      United States District Judge

ORDER